1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9  United States of America, | No. CR-12-01075-001-TUC-DCB (CRP) |
| 10              Plaintiff, | **ORDER** |
| 11  v. | |
| 12  Javier Rosas, | |
| 13              Defendant. | |

14        This matter was referred to the United States Magistrate Judge pursuant to 28

15   U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report

16   and recommendation on the Defendant's Motion to Dismiss Indictment.

17        Magistrate Judge Pyle conducted a hearing on April 17, 2014, and issued his

18   Report and Recommendation on April 24, 2014.  A copy was sent to all parties.  No

19   objections to the Magistrate Judge's Report and Recommendation have been filed.  Any

20   objections that have not been raised are waived and will not be addressed by the Court.

21   *See* 28 U.S.C. § 636(b).

22        The Court, having made an independent review of the record, orders as follows:

23        IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation is

24   ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

25   / / /

26   / / /

27   / / /

28

1    IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss Indictment

2    is denied.

3    Dated this 13th day of June, 2014.

David C. Bury
United States District Judge